

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:17-cr-212-J-34OBT

18 U.S.C. § 922(g)(1)

CHARLES ROBERT ALEXANDER
a/k/a "Alex"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about September 21, 2017, until on or about September 28, 2017, in the Middle District of Florida, the defendant,

CHARLES ROBERT ALEXANDER,
a/k/a "Alex,"

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Dealing in stolen property, on or about June 17, 2015,

2. False verification of ownership to secondary metals recycler (less than $300 received), on or about June 17, 2015,

3. Burglary (structure/conveyance), on or about June 8, 2011,

4. Burglary (structure/conveyance), on or about July 29, 2008,

5. Felony battery, on or about June 18, 2007,

6. Possession of a firearm or ammunition by a convicted felon, on or about October 27, 1998,

7. Burglary of a structure, on or about August 4, 1993,

8. Aggravated assault, on or about August 4, 1993, and

9. Aggravated assault, on or about August 4, 1993,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Winchester 12 gauge shotgun.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1.     The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, CHARLES ROBERT ALEXANDER, a/k/a "Alex," shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.     The property to be forfeited includes, but is not limited to, a Winchester, Model 12, 12 gauge pump-action shotgun, serial number 1782980.

4.     If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*Michelle E. Smith*
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: *Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney

By: *[signature]*
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
10/25/17 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## CHARLES ROBERT ALEXANDER
a/k/a "Alex"

## INDICTMENT

Violations: 18 U.S.C. §§ 922(g)(1)

A true bill,

*Michelle E. Smith*

Foreperson

Filed in open court this __1st__ day

of November, 2017.

_____

*Angela Jorschen*

Deputy Clerk

Bail    $_____

GPO 863 525